THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Anthony D.
 Washington, Jr., Appellant.
 
 
 

Appeal From Richland County
 James R. Barber, III, Circuit Court Judge

Unpublished Opinion No.  2009-UP-317
 Submitted May 1, 2009  Filed June 11,
2009

APPEAL DISMISSED

 
 
 
 Appellate Defender Kathrine H. Hudgins, of Columbia, for
 Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott,
 of Columbia; and Solicitor Warren B. Giese, of Columbia, for Respondent.
 
 
 

PER CURIAM:  Anthony
 D. Washington, Jr. appeals from his
 guilty plea to two counts of armed robbery, possession of a stolen pistol, and
 unlawful carrying of a pistol.  On appeal, Washington argues the plea judge
 erred in sentencing him to fifteen years as punishment for exercising his right
 to reject a negotiated twelve-year sentence offered by the State.  After a thorough review of the record and counsel's
 brief, pursuant to Anders v. California, 386 U.S. 738 (1967) and State
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and
 grant counsel's motion to be relieved.[1]
APPEAL
 DISMISSED.
HEARN, C.J., THOMAS, and KONDUROS, JJ.,
 concur.

[1] We decide this case without oral argument
 pursuant to Rule 215, SCACR.